IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD L. SCHERER; Individually, and on behalf of all others similarly situated, | § § § § | |
| *Plaintiffs,* | § § § | CIVIL ACTION NO. 4:20-cv-01295 |
| v. | § § | |
| WELLS FARGO BANK, N.A., | § § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

**AGREED STIPULATION ON BRIEFING AND
REQUEST FOR HEARING IN CONNECTION WITH PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER**

On April 22, 2020, Plaintiffs Edward L. Scherer and Donald Kowall, individually, an on behalf of a putative class of others similarly situated (collectively "Plaintiffs"), filed a *Motion for Temporary Restraining Order* against Wells Fargo Bank, N.A. in the above-referenced matter (Dkt. 9).[1]

Wells Fargo was only recently served with Plaintiff's Original Complaint in this lawsuit (Dkt. 1), and has not yet had an opportunity to file an answer or responsive pleading. Nevertheless, Wells Fargo became aware of Plaintiffs' request

---

[1] In the same filing, Plaintiffs also included a request for a Preliminary Injunction. Nevertheless, this stipulation relates solely to the timing and briefing associated with Plaintiffs' Motion for Temporary Restraining Order. If and to the extent a hearing on Plaintiffs' Motion for Preliminary Injunction is required, counsel will coordinate with each other to agree to an appropriate briefing and hearing schedule, subject to Court approval.

1

for a Temporary Restraining Order yesterday evening, when it was emailed to the Wells Fargo Investor Relations department. Accordingly, in an effort to expeditiously resolve this matter, this morning Wells Fargo's counsel reached out to Plaintiffs' counsel to seek an agreed briefing and hearing schedule.

As a result, subject to the Court's approval or change, the parties agree and stipulate as follows:

1. No later than 5:00 p.m. on Friday, April 24, 2020, Wells Fargo will file and serve on opposing counsel a response to Plaintiffs' Motion for Temporary Restraining Order; and

2. If Plaintiffs intend to file a reply, it will be filed and served on opposing counsel no later than 10:00 a.m. on Monday, April 27, 2020.

In addition, the Parties respectfully request the Court schedule a hearing (via telephone or video conference) on Plaintiffs' Motion for Temporary Restraining Order sometime during the afternoon of April 27, 2020, or anytime thereafter that would be convenient to the Court's schedule.

Dated:  April 23, 2020                    Respectfully submitted,

/s/ Salar Ali Ahmed
Salar Ali Ahmed
Texas Bar No. 24000342
ALI S. AHMED, P.C.
430 W. Bell Street
Houston, Texas 77019
(713) 898-0982
aahmedlaw@gmail.com

ATTORNEY FOR PLAINTIFFS

/s/ *Charles B. Hampton*
Charles B. Hampton
Texas Bar No. 00793890
MCGUIREWOODS LLP
600 Travis St., Suite 7500
Houston, Texas 77002
(713) 353-6683 / (832) 214-9936 (Fax)
champton@mcguirewoods.com

Christopher M. Viapiano
(*pro hac vice to be filed*)
SULLIVAN & CROWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC 20006-5215
(202) 956-7500
viapianoc@sullcrom.com

Nicolas Bourtin
(*pro hac vice to be filed*)
SULLIVAN & CROWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000
bourtinn@sullcrom.com

Sverker K. Högberg
(*pro hac vice to be filed*)
SULLIVAN & CROWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308
(650) 461-5600
hogbergs@sullcrom.com

ATTORNEYS FOR
WELLS FARGO BANK, N.A.