IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Edward L. Scherer and Donald Kowall, individually, and on behalf of all others similar situated,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>**v.** )<br>)<br>**Wells Fargo Bank, N.A.** )<br>)<br>**Defendant.** )<br>) | Civil Action<br>File No. 4:20-cv-01295 |

### Order on Defendant's Motion to Dismiss Plaintiffs' Complaints

The Court has considered Defendant's Motion to Dismiss Plaintiffs' Complaints, any opposition or reply, the pleadings, and the relevant record, and is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Defendant's Motion to Dismiss Plaintiffs' Complaints is GRANTED and Plaintiffs' operative complaint is DISMISSED with prejudice.

Signed on _____, 2020.

_____
The Honorable David Hittner
United States District Judge