# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **Edward L. Scherer and Donald Kowall, individually, and on behalf of all others similar situated,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) C.A. No. 4:20-cv-01295 |
| v. | ) |
| **Wells Fargo Bank, N.A.** | )<br>)<br>) |
| **Defendant.** | )<br>) |

**<u>Wells Fargo Bank, N.A.'s Fed. R. Civ P. 7.1 Corporate Disclosure Statement</u>**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wells Fargo Bank, N.A., by and through undersigned counsel, states that it is an indirect, wholly owned subusidiary of Wells Fargo & Co. (NYSE: WFC).

Dated: May 28, 2020

Respectfully submitted,
 <u>/s/ Charles B. Hampton</u>
Charles B. Hampton
Attorney-in-Charge
Texas Bar No. 00793890
MCGUIREWOODS LLP
600 Travis St., Suite 7500
Houston, Texas 77002
(713) 353-6683 / (832) 214-9936 (Fax)
champton@mcguirewoods.com

Of Counsel:

Nicolas Bourtin
(admitted *pro hac vice*)
N.Y. Bar No. 2837128
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000
bourtinn@sullcrom.com

Christopher M. Viapiano
(admitted *pro hac vice*)
D.C. Bar No. 500771
N.Y. Bar No. 4373536
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC 20006-5215
(202) 956-7500
viapianoc@sullcrom.com

Sverker K. Högberg
(admitted *pro hac vice*)
CA Bar No. 244640
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308
(650) 461-5600
hogbergs@sullcrom.com

ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

I certify that on May 28, 2020, all counsel of record are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Charles B. Hampton*
Charles B. Hampton