IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Edward L. Scherer;** | ) | |
| **Individually, and on behalf of all** | ) | |
| **others similarly situated,** | ) | Civil Action |
| **Plaintiffs,** | ) | File No. 4:20-cv-01295 |
| | ) | |
| v. | ) | |
| | ) | |
| **Wells Fargo Bank, N.A.** | ) | Jury Trial Demanded |
| **Defendant.** | ) | |
| | ) | |

**Agreed Motion to Dismiss with Prejudice**

COME NOW PLAINTIFFS, Edward L. Scherer ("Mr. Scherer") and Donald Kowall ("Mr. Kowall") (together, the "Plaintiffs"), and file their Agreed Motion to Dismiss with Prejudice. Plaintiffs would respectfully show the Honorable Court as follows:

**I.**

1. Plaintiffs do not wish to pursue the claims forming the basis of this civil action, and therefore, request the Court to dismiss this suit with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. Defendant Wells Fargo Bank, N.A. is in agreement to the filing of this motion and the relief sought herein.

3. Plaintiffs attach a proposed Order seeking dismissal of this case and assessing costs to the respective party incurring such costs.

1

        Respectfully submitted,

        **ALI S. AHMED, P.C.**

By: /s/ *Salar Ali Ahmed*
        **Salar Ali Ahmed**
        Federal Id. No. 32323
        State Bar No. 24000342
        430 W. Bell Street
        Houston, Texas 77019
        Telephone: (713) 898-0982
        Email: aahmedlaw@gmail.com

        **Attorney for Plaintiffs**
        **Edward L. Scherer**
        **Donald Kowall**
        **and for Members of**
        **the nationwide Class**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that pursuant to S.D. Tex. L. R. 5.1, a true and correct copy of the foregoing was forwarded on June 24, 2020, via the ECF system of the United States District Court for the Southern District of Texas to all parties via their counsel.

        /s/ *Salar Ali Ahmed*
        **Salar Ali Ahmed**