# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Edward L. Scherer;** | ) | |
| **Individually, and on behalf of all** | ) | |
| **others similarly situated,** | ) | Civil Action |
| Plaintiffs, | ) | File No. 4:20-cv-01295 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Wells Fargo Bank, N.A.** | ) | Jury Trial Demanded |
| Defendant. | ) | |
| | ) | |

## ORDER

Plaintiffs' Agreed Motion to Dismiss with Prejudice is GRANTED.

The civil action is DISMISSED with prejudice. Each party shall be responsible for its or his own costs, expenses and attorneys' fees.

SIGNED at Houston, Texas on _____, 2020.

_____
**The Honorable David Hittner**
**United States District Judge**