United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Edward L. Scherer;** Individually, and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>**Wells Fargo Bank, N.A.**<br>Defendant. | Civil Action<br>File No. 4:20-cv-01295<br><br><br>Jury Trial Demanded |

## **ORDER**

Plaintiffs' Agreed Motion to Dismiss with Prejudice is GRANTED.

The civil action is DISMISSED with prejudice. Each party shall be responsible for its or his own costs, expenses and attorneys' fees.

SIGNED at Houston, Texas on ____June 25____, 2020.

_____
**The Honorable David Hittner**
**United States District Judge**